**RECEIVED**

**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

APR 2 0 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON
STAFF ATTORNEY

MAXSEN CHAMPION
STAFF ATTORNEY

April 12, 2010

Clerk - Bankruptcy Court
100 South Salina St. Suite 310
Syracuse, NY 13202

RE:    06-32505 Middleton

Dear Clerk:

Enclosed please find check #789995 in the amount of $56.07. Pursuant to the order of
confirmation, we have been collecting funds for a creditor in this case and have
attempted to distribute funds. The creditor has failed to cash checks. All attempts to
contact and forward checks have been unsuccessful. The creditor name and address as
listed on the proof of claim is as follows:

Claim No.003

| Acct# | Name | KeyBank USA NA |
|---|---|---|
| | | c/o Nelson & Associates PC |
| | Address | 211 N Robinson Ave. #1300 |
| | Address | Oklahoma, OK 73102 |

Please deposit this check in the Unclaimed Funds Account for the above named creditor.
If you have any questions, please advise.

Very truly yours,

Kristie M Moore

Kristie M. Moore
Account Clerk

Enc.